LF 028
(Rev. 11/04/2019)

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA


RECEIVED
Mail Room
AUG 19 2024
Angela D. Caesar, Clerk of Court

Jonathan Rice, G.d.c #1000189945
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

Case: 1:24-cv-02414
Assigned To : Unassigned
Assign. Date : 8/19/2024
Description: Pro Se Gen Civ. (F-DECK)

-vs-

Joseph Biden, President
Merrick Garland, Attorney General
(Enter above the full name of the defendant(s).)

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

I. **Previous Lawsuits**

    A. Have you filed other lawsuits in federal court while incarcerated in any institution?

        Yes (✓)   No ( )

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff(s): Jonathan maurice Rice G.d.c#1000189945

LF 028
Rev. 11/04/2019

Defendant(s): President, Joseph Biden. Attorney general, Merrick garLand

2. Court (name the district): United Stated District Court 333 Constitution Avenue N.W.

3. Docket Number: 1:24-CV-00444-UNA

4. Name of judge to whom case was assigned: RandoLPh. d. MOSS

5. Did the previous case involve the same facts?

   Yes (✓)   No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): I'am try to see is my LegaL mail making it to The courts

7. Approximate date of filing lawsuit: 5-26-2024

8. Approximate date of disposition: 5-26-2024

II. **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Place of Present Confinement: Hays State Prison

B. Is there a prisoner grievance procedure in this institution?

   Yes (✓)   No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

   Yes (✓)   No ( )

D. If your answer is YES:
   1. What steps did you take and what were the results? Told warden, Joshua Jones, pIease keep me safe from any evil intent's by any Inmate's or officer staff, and I got private relations with President

2

LF 028
Rev. 11/04/2019

<u>Joseph Biden, grievance number #</u>
<u>369724</u>

2. If your answer is NO, explain why not: N/A

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: <u>Jonathan maurice Rice</u>
<u>G.d.C# 1000189945</u>

Address(es): <u>Hays state Prison</u>
<u>P.O. Box 668</u>
<u>Trion, georgia, 30753</u>

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): <u>Joseph Biden, President</u>
<u>Merrick garland,</u>
<u>Attorney general.</u>

Employed as <u>President, Joseph Biden.</u>
<u>Attorney general, Merrick garland</u>

at <u>"White House" 1600 Pennsylvania</u>
<u>Avenue, Washington, dc, 20500</u>

### IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

(✓) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

LF 028
Rev. 11/04/2019

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? False imprisonment Claim. Eighth Amendment Claim. Habeas Corpus Claim.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Habeas Corpus Claim. False imprisonment Claim. Eighth Amendment Claim.

V. **Prisoner Status**
Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* _____

VI. **Statement of Claim**
State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Do **not** give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The year 2010, December 5, 2010 When I got release from Hays State Prison. President, Barack Obama, violated my Amendment's and my Constitutional Right's. And Vice President, Joseph Biden at that time in office. All of them stated I can start a "Civil war" in America. The Attorney General in Atlanta year 2010, stated that I be watch by a private satellite, people was talking about killing me when I got release from this prison "Hays State Prison" so they can start the Civil war in America. They All stated they was sorry but nobody really try to help me. The Obama Family wanted me to come to Washington, DC, to

4

LF 028
Rev. 11/04/2019

Michelle oBama, Stated

The "White House", 1600 Pennsylvania Ave, Washington, DC, 20500. So They can sit me down and talk to me of what's going on do to what's going around in the world. And dealing with China President and China military. "If my words are still strong with China military and with the President I might can Help Slow down the war's and China supporting Russia military President Putin. Lawness war's is going on. IF I got Help and understanding more From the U.S. Federal government, I can try to Help more, I Know Alot of Federal government's not trying to Lose Their job's, we can try to work something out Peace in America and Peace Plan dealing with China President For a Better "Trust relationship." and iF I can Help I Jonathan Rice and Kind of way because I Know Joe Biden Administration having hard time's U.S. military, got Report's From year 2010.

## VII. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Habeas Corpus Claim. False imprisonment Claim. Eighth Amendment Claim.

## VIII. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"I want The Court's to Help me with my Petition of Habeas Corpus, to be release From this prison. year 2010" The oBama Family told me I dont got Arrested. I Jonathan Maurice Rice, Soc, Sec# 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, Birthday, 02-15-1990. Clayton County Jail, 9151 Tara Boulevard, Jonesboro, GA, 30236. I Had one Judge, name Miss. Benifield try to kill me and got Police Report's on my name From year 2010. I Been and Private shoot-out's with Clayton County Jail Police officer's trynj to kill me more Police's trynj to kill me For money. Police Report's will

LF 028
Rev. 11/04/2019

"Federal Agents" "Police Reports"
From "year 2010", on Jonathan Rice.

tell my story. year 2010, Barack oBama Stated "china President" and china military talking abaut Bombing us in America. To Be Honest with The court's I Think China military Think I Know Something. and they want me to Help deal with Their Law's in their country in China. "miss. oBama" Try to tell me to Help with the Law's in America with the Constitution. I win Like to Help make Peace with everyone if I can. "I will need support of money geting release."

Signed this __7__ day of __23__, 20__24__

_____
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Trion__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __7-23-24__
            (Date)

_____
Signature of Plaintiff

6